(112 App. Div. 910)

FOX et al. v. NEW YORK CITY INTERBOROUGH RY. CO.

(Supreme Court, Appellate Division, First Department. April 6, 1906.)

Appeal from Special Term, New York County.

Action by Frederick P. Fox and another against the New York City Interborough Railway Company. From an order denying motion for reargument, defendant appeals. Affirmed.

See 95 N. Y. Supp. 251.

Argued before INGRAHAM, McLAUGHLIN, LAUGHLIN, CLARKE, and HOUGHTON, JJ.

George W. Wickersham; for appellant
William W. Niles, for respondents.

CLARKE, J. This was an appeal from an order denying a motion for a reargument of the motion for the continuance of an injunction pendente lite herein. As upon appeal the original order continuing the injunction has been reversed by the order of this court, handed down with an opinion this day (98 N. Y. Supp. 338), it is only necessary to affirm the order herein appealed from, without costs. All concur.